No. 74–850. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE v. WEBER. C. A. 9th Cir. [Certiorari granted, 420 U. S. 989.] Motion to dispense with printing appendix granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion.

No. 74–891. PAUL ET AL. v. DAVIS. C. A. 6th Cir. [Certiorari granted, *ante,* p. 909.] Motion of Americans for Effective Law Enforcement, Inc., et al., for leave to file a brief as *amici curiae* granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion.

No. 74–1213. CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS, DIVISION OF INDUSTRIAL WELFARE, ET AL. v. HOMEMAKERS, INC., OF LOS ANGELES. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 74–1216. RISTAINO ET AL. v. ROSS. C. A. 1st Cir. [Certiorari granted, *ante,* p. 987.] Motion for appointment of counsel granted and Michael G. West, Esquire, of Springfield, Mass., is appointed to serve as counsel for respondent in this case. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion.

No. 74–5808. FRANCIS v. HENDERSON, WARDEN. C. A. 5th Cir. [Certiorari granted, *ante,* p. 946.] Motion of petitioner for appointment of counsel granted and Bruce S. Rogow, Esquire, of Miami, Fla., is appointed to serve as counsel for petitioner in this case.

No. 74–6584. LIPSMAN v. GIARDINO ET AL. C. A. 2d Cir. Motion to expedite consideration of petition for writ of certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion.